FILED
CLERK, U.S. DISTRICT COURT

MAR 13 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )   Case No.  2:16-CR 49-3
                                   )
                Plaintiff,         )   ORDER OF REVOCATION/DETENTION
                                   )   IN BAIL REVOCATION/DETENTION
         v.                        )   PROCEEDINGS
                                   )
Mario Mesa,                        )   (18 U.S.C. § 3148(b))
                                   )
                Defendant.         )
_____)

     Upon motion of the Government to detain defendant in connection

with bail revocation/detention proceedings pursuant to 18 U.S.C.

§ 3148(b):

     A.   The Court finds:

          (  )  there is probable cause to believe that defendant has

                committed a federal, state, or local crime while on

                release;

          ( ✓ )  there is clear and convincing evidence that defendant

                has violated another condition of release;

     B.   The Court further finds:

          (  )  no condition or combination of conditions will

                reasonably assure the appearance of defendant as

                required;

1    (  ) no condition or combination of conditions will

2           reasonably assure the safety of any other person and

3           the community;

4    (✓) defendant is unlikely to abide by any condition or

5           combination of conditions of release.

6    C.  The Court has considered:

7    (✓) the nature and circumstances of the offense(s) charged;

8    (✓) the weight of the evidence against defendant;

9    (✓) the history and characteristics of defendant;

10   (✓) the nature and seriousness of the danger to any person

11          or the community that would be posed by defendant's

12          release.

13   D.  The Court concludes:

14   (  ) Defendant poses a risk to the safety of other persons

15          and the community based on: _____

16   _____

17   _____

18   _____

19   (  ) Defendant poses a serious flight risk based on: _____

20   _____

21   _____

22   _____

23   (✓) Defendant is unlikely to abide by any condition or

24          combination of conditions of release based on:

25   ____history___of___noncompliance,_____

26   _____

27   _____

28

2

1    E.    The Government ( ) is ( ) is not entitled to a rebuttable

2    presumption that no condition or combination of conditions

3    will assure that defendant will not pose a danger to the

4    safety of any person or the community.

5    F.    The Court finds:

6    ( ) Defendant has not rebutted by sufficient evidence to

7    the contrary the presumption provided in 18 U.S.C.

8    § 3148(b) that no condition or combination of

9    conditions will assure the safety of any other person

10    or the community;

11    IT IS ORDERED that defendant is detained and remanded to the

12    custody of the U.S. Marshal.

13    If defendant is awaiting trial, IT IS FURTHER ORDERED that

14    defendant be confined in a corrections facility separate, to the

15    extent practicable, from persons awaiting or serving sentences or

16    persons held in custody pending appeal.

17    IT IS FURTHER ORDERED that defendant be afforded reasonable

18    opportunity for private consultation with defendant's counsel.

19    DATED: _____3/13/17_____

20    HONORABLE JACQUELINE CHOOLJIAN
           United States Magistrate Judge